JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST R. C., an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, | Case No. 2:22-02042 ADS<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is vacated and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: June 28, 2023

　　　　　　　　　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　United States Magistrate Judge